Marion Puvvadi-Daniels
PACER Research Exemption Request
Word Doc

I am currently working on my PhD Dissertation. Several chapters of my dissertation are based around critical analysis of recent civil court cases tried for disability discrimination. While certain court documents are easily accessible on the web via the PACER website for free and quick download, as a researcher it is beneficial for me to have access to all court material with just as much ease.

 As of right now, this research and analysis will only be shared with my PhD advising committee (5 Professors). I have no plans of publication. Portions of my research and analysis may be shared at academic presentations, conferences, workshops, etc.

The specific court cases I'm seeking full access to are: Case: Martinez v. Cuomo:20-cv-03338 ; Yelapi v. DeSantis 4:20-cv-351-AW-MAF ; Hall v. Google LLC 4:23-cv-06574 ; NAD v. Trump (2020) 1:20-cv-02107; and NAD v. Trump (2025) 25-cv-1683