| Case Number | Case Name | Location | No. of Pages | Document Types |
|---|---|---|---|---|
| 1:20-cv-03338 | Martinez v. Cuomo | District of Columbia | 100+ | Motions, Letters, |
| 1:20-cv-02107 | NAD v. Trump (2020) | | 300+ | Motions, |
| 1:25-CV-1683 | NAD v. Trump (2025) | Columbia | 25+ | Motions, Orders |
| 4:20-cv-351-AW-MAF | Yelapi v. DeSantis | N.D. Florida | 100+ | Motions, Orders, |

Case 1:25-mc-00113-JEB   Document 1-2   Filed 07/07/25   Page 1 of 4